3153 (Rev. 01-19)

GRETCHEN WHITMER
GOVERNOR

STATE OF MICHIGAN
DEPARTMENT OF TREASURY
LANSING

RACHAEL EUBANKS
STATE TREASURER

# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MICHIGAN

In re: Francine Mott  
19271 Mackay ST  
Detroit, MI 48234  

Case No.: 20-47390 MLO  
Chapter 13  

Debtor

## WITHDRAWAL OF REQUEST FOR PAYMENT OF CLAIMS

The State of Michigan, Department of Treasury, hereby withdrawals its request for payment of the following claims:

Secured: Claim No.                $

Priority: Claim No.               $

Unsecured: Claim No. 16-2         $1169.34

Administrative: Claim No.         $

Total to be withdrawn: $1169.34

/s/ Belinda Walker

Bankruptcy Clerk  
Collection Services Bureau, Bankruptcy